# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0505
_____

WILLIAM J. REED,

    Appellant,

    v.

RICKY D. DIXON, Secretary, Fla.
Dept. of Corrections,

    Appellee.

_____


On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.



August 7, 2024

PER CURIAM.

AFFIRMED. *See Baker v. State*, 878 So. 2d 1236, 1245 (Fla. 2004) ("The remedy of habeas corpus is not available in Florida to obtain the kind of collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850." (citing *State v. Dist. Ct. of Appeal of Fla., First Dist.*, 569 So. 2d 439, 441 (Fla. 1990))). The Court warns Appellant any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any future pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2023).

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

William J. Reed, pro se, Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.